**RESCHEDULED HEARING DATE:**
**MAY 28, 2014 at 10:00A.M. (ET)**

DIAMOND McCARTHY LLP
Allan B. Diamond, Esq.
Howard D. Ressler, Esq.
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel: (212) 430-5400
Fax: (212) 430-5499

Andrea L. Kim (pro hac vice)
Christopher R. Murray (pro hac vice)
909 Fannin Street, 15th Floor
Houston, Texas 77010
Tel: (713) 333-5100
Fax: (713) 333-5199

Andrew B. Ryan, Esq. (*pro hac vice*)
1201 Elm Street, 34th Floor
Dallas, Texas  75270
Telephone: 214-389-5300
Facsimile: 214-389-5399

*Attorneys for Alan M. Jacobs, Liquidating Trustee*
*For the Dewey & LeBoeuf Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12321 (MG) |
| **DEWEY & LEBOEUF LLP,**<br>                    Debtor. | Chapter 11 |
| **ALAN M. JACOBS, as Liquidating Trustee of**<br>**the Dewey & LeBoeuf Liquidation Trust,**<br><br>                    Plaintiff,<br>        v.<br>**STEPHEN H. DiCARMINE and**<br>**JOEL I. SANDERS,**<br>                    Defendants. | Adv. Pro. No. 13-01765 (MG) |

**<u>NOTICE OF RESCHEDULING OF CASE MANAGEMENT CONFERENCE</u>**

**PLEASE TAKE NOTICE** that pursuant to the Case Management and Scheduling Order [Docket #9] in the above-captioned adversary proceeding, a Case Management Conference was scheduled for May 22, 2014 at 2:00 p.m. (prevailing Eastern Time). The Case Management Conference has been rescheduled, with the consent of Defendants, to May 28, 2014 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004-1408.

Dated:  New York, New York
        May 19, 2014

DIAMOND McCARTHY LLP


By:   */s/Christopher R. Murray*
Allan B. Diamond, Esq.
Howard D. Ressler, Esq.
620 Eighth Avenue, 39th Floor
New York, NY  10018
Telephone: 212-430-5400
Facsimile:  212-430-5499

Andrea L. Kim (pro hac vice)
Christopher R. Murray (pro hac vice)
909 Fannin Street, 15th Floor
Houston, Texas 77010
Tel: (713) 333-5100
Fax: (713) 333-5199

Andrew B. Ryan, Esq. (*pro hac vice*)
1201 Elm Street, 34th Floor
Dallas, TX 75270
Telephone: (214) 389-5300
Facsimile: (214) 389-5399

*Attorneys for Alan M. Jacobs, Liquidating Trustee*
*For the Dewey & LeBoeuf Liquidation Trust*